PEOPLE *v.* STAEBLER.

This case is controlled by *People* v. *Wilcox, ante,* 287.

Appeal from Wayne; Pugsley (Earl C.), J., presiding. Submitted June 11, 1942. (Docket No. 54, Calendar No. 41,725.) Decided November 24, 1942. Rehearing denied December 22, 1942.

Carl Staebler was convicted of conspiracy to obstruct justice. Affirmed.

*George S. Fitzgerald* and *Frank G. Schemanske,* for appellant.

*Herbert J. Rushton,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Thomas A. Kenney,*

---

* See *People* v. *Wilcox, ante,* 287; *People* v. *Stambaugh, post,* 300. —REPORTER.

Assistant Attorney General, and *Chester P. O'Hara,*
Special Prosecuting Attorney, for the people.

SHARPE, J.  Carl Staebler, a deputy sheriff of
Wayne county, was tried and convicted. on the
charge of conspiring to obstruct justice.  The same
questions raised by this defendant were considered
in *People* v. *Wilcox, ante,* 287.  Decision in that case
is controlling of all questions raised in the case at
bar.

Judgment affirmed.

CHANDLER, C. J., and NORTH, STARR, BUTZEL, and
BUSHNELL, JJ., concurred.  BOYLES and WIEST, JJ.,
did not sit.